UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Jeffery Alan Kelley

Defendant(s)

CRIMINAL NO. 08mj2396

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the ~~following~~ named person heretofore committed to the custody of the United States Marshal as a ~~material~~ witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Juan Moran-Hernandez

DATED: 8.14.08

Ruben B. Brooks

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** G. Cazares

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95